IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ARIANNA GIER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 25-03296-CV-S-DPR |
| | ) |
| MERCY HOSPITAL SPRINGFIELD, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is Plaintiffs' Motion for Leave to File Amended Complaint (doc. 10), filed on January 22, 2026. Upon review, the Motion is moot.

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, "[a] party may amend its pleading once as a matter of course no later than … 21 days after service of a responsive pleading[.]" Here, Defendant served an Answer to the Complaint on January 14, 2026. Accordingly, leave to amend is not required, as fewer than 21 days have passed since the Answer was served and Plaintiffs have not previously amended their Complaint.

Therefore, Plaintiffs' Motion for Leave to File Amended Complaint is **FOUND TO BE MOOT**. Plaintiffs are advised that they may file their proposed amended complaint as a matter of course on or before February 4, 2026.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: January 23, 2026